FAX or Internet

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of )
)
**Aljuwon Yazzie, an Indian male born in March of 1987** )  Case No. 23-4051 MB
)
)

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Arizona.
*(identify the person or describe the property to be searched and give its location)*:  **See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:  **See Attachment B.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      March 31, 2023
*(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   **Any Magistrate Judge in Phoenix, Arizona**           .
                    *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   [ ] for _____ days *(not to exceed 30)*.
   [ ] until, the facts justifying, the later specific date of _____.

Date and Time Issued: _____          *Camille D Bibles* Digitally signed by Camille D Bibles
                                                              Date: 2023.03.17 19:50:19 -07'00'
                                                              *Judge's Signature*

City and State:   Flagstaff, Arizona              Honorable Camille D. Bibles, United States Magistrate Judge

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| **Certification** |
|---|

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing Officer's Signature*

*Printed Name and Title*

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

**Aljuwon Yazzie, an Indian male born in March of 1987.**

)
)
)
)

Case No. 23-4051 MB

(Original To Be Filed With Court)

## ELECTRONICALLY SUBMITTED APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property:

**See Attachment A.**

located in the _____ District of ___Arizona___ , there is now concealed:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;
[X] contraband, fruits of crime, or other items illegally possessed;
[X] property designed for use, intended for use, or used in committing a crime;
[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C. §§1153 and 2111 | Robbery |
| 18 U.S.C. §§ 1153 and 2241(a) | Aggravated Sexual Abuse |

The application is based upon the following facts:
[X] Continued on the attached sheet (see attached **Affidavit**).
[ ] Delayed notice of _____ days (give exact ending date if more than 30 days _____
is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: _AUSA_ Anthony W. Church   *[signature]*

Digitally signed by ANTHONY CHURCH
Date: 2023.03.17 18:49:44 -07'00'

**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: March 17, 2023

[X]   Sworn by Telephone

Date/Time: _____

City and State:   Phoenix, Arizona

JESSE VARGAS
Digitally signed by JESSE VARGAS
Date: 2023.03.17 19:00:36 -07'00'

*Applicant's Signature*

Jesse Vargas, Special Agent, FBI
*Printed Name and Title*

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.03.17 19:49:34 -07'00'

*Judge's Signature*

Camille D. Bible, United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A – PERSON TO BE SEARCHED

**Name:** Aljuwon Yazzie

**Description:** Aljuwon is approximately 5'4" and approximately 179 pounds, born in March of 1987.

**Address:** Aljuwon resides in Kayenta NHA housing PR25, but he is currently being detained at the Kayenta Police Department.

## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1. The person of Aljuwon, including:
2. Aljuwon's clothing, particularly a black woven belt with a silver buckle, a white long sleeved thermal shirt, underwear currently being worn.
3. Buccal swabs of Aljuwon's mouth
4. A DNA swab of Aljuwon's penis.
5. Photographs of Aljuwon.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY-SUBMITTED AFFIDAVIT

I, FBI Special Agent JESSE VARGAS, state under oath as follows:

1. I am a Special Agent with the FBI, currently assigned to the Phoenix Division, Flagstaff Resident Agency, in Flagstaff, Arizona. I have been employed since December 2020. I received training at the Federal Bureau of Investigation Training Academy, and have experience including, but not limited to, investigating major crimes that occur on Indian reservations, and specifically the Navajo Nation Indian Reservation, Indian Country, within the District of Arizona (AZ).

2. This affidavit is based on the investigation, observations, and/or experience of your affiant, as well as the investigations, observations, and/or experiences of other law enforcement officers and/or witnesses including those described in this affidavit. More specifically, the information contained in this affidavit was relayed to me by Special Agent (SA) John Garcia and SA Catherine Scott. Because this affidavit is being made to establish probable cause for a search warrant, your affiant has not listed every fact known regarding this investigation.

## Introduction

3. This affidavit is made in support of an application for a search warrant in furtherance of an investigation by the FBI and Navajo Nation Criminal Investigators into a robbery of two non-native victims, one of which was sexually

1

assaulted on the Navajo Reservation (Indian Country) in the District of Arizona. The purpose of the proposed search warrant is to search the residence of Thomas Yazzie and Pauline Yazzie. The residence is within the confines of the Navajo Nation Indian Reservation in the District of Arizona. The residence is particularly described in **Attachment A**, and the evidence being sought is particularly described in **Attachment B**. There is probable cause to believe that violations of Robbery and Aggravated Sexual Abuse in violation of Title 18, United States Code, Sections 1153, 2111, and 2241(a) in Indian Country.

4.  Based on your affiant's training and experience, it is known that the Navajo Indian Tribe is a federally recognized Indian Tribe. The suspect in this case, Aljuwon Yazzie (ALJUWON), is known to be Native American Navajo. The victims, H.B. and S.W., are non-Native.

## Investigation

5.  On March 15, 2023, at approximately 10:15 p.m., the Navajo Police Department (NPD) received a call from the Kayenta Department of Corrections (DOC) reporting that two non-Natives, later identified as H.B. and S.W., showed up at DOC saying they had been robbed at gun point. DOC sent H.B. and S.W. to the Kayenta Police Department. Kayenta Police Officers collected clothing from the victims and sent them to the Kayenta Medical Center where a SANE examiner was not available. The following morning, they were sent to the Tuba City Regional Hospital, where a sexual assault examination was conducted on H.B. H.B. and S.W.

were later interviewed by SA Garcia and SA Scott. SA Garcia and SA Scott performed a consent search on their van, obtaining multiple swabs of all areas and items that the subject was described as touching.

6. H.B. reported to Agents that they drove from Durango, Colorado, and it was getting late. It was approximately 9:30 p.m. on March 15, 2023, when they pulled over in the Kayenta skate park, stopping to make dinner. At approximately 10:10 p.m., an unknown Native American male described as wearing a red hoodie, black beanie, black bandana over his face, black canvass-style pants, a black woven belt with a silver buckle, and black boots knocked on the door of the van. He demanded cash and cigarettes, but H.B. and S.W. had neither. The unknown male produced a gun and forced his way into the van.

7. He made them lay on the ground and kept asking for money. He started going through the car and made H.B. stand up and come toward the van. The unknown male had her hold a bag while stealing some of their belongings which were later described as follows: two iPhone 14s, one purple with black case, the other one blue with no case, a black backpack with orange zippers, orange backing and loops on the bottom meant for ice pick axes, a black ASUS laptop, a Dell laptop, a Cannon camera, a silver iPad with three stickers on it, a black rubber wallet that looks like it is made of tires, two journals, rechargeable battery, and a teel pencil pouch. The backpack was further described as being unique because it is a European

design bought from Switzerland and has a slip ice axe system written into the pouches and is a very rare bag.

8. H.B. described the male pointing a single barrel gun with a white pool noodle over the end, as if using as a silencer. The male pointed at S.W. the whole time. He told H.B. to lay back down and at some point, it was described that the subject took S.W's wallet from the driver side door. He told H.B. there was one more thing he needed. He tried to kiss H.B., but she turned away. He made her get on her knees and demanded a "blow job" while pointing the gun at S.W. He grabbed the back of H.B.'s head and forcefully pushed his penis into her mouth. After forcing oral sex, he had H.B. stand up, turn around, and drop her pants. The unknown male proceeded to vaginally penetrate her for approximately 15-20 seconds and told her that she'd be going with him. H.B. told the male she wouldn't be going with him because he already got what he wanted. He kept making sure H.B. knew he had her keys. He then told H.B. and S.W. to lay face down and count to 90, while not looking up. Around the 20 second mark, he fired a shot, presumed to be in the air. The shot seemed muffled. Once they felt safe, they got back in their car and drove to the Kayenta DOC. H.B. described the male as 5'7"-5'8", with weathered skin. He had dilated dark pupils. He left on foot walking toward the houses across from the skate park in a southeastern direction from the overheard picnic benches, toward Mutual Help housing and NHA housing.

9. S.W. was interviewed by SA Garcia. S.W. provided very similar details as H.B. He recalled that every time he tried to look at the unknown subject, the subject would point the gun at him and tell him to look away. He couldn't move and was threatened with the weapon by having it pointed at him each time he tried to move. S.W. recalled the unknown individual penetrating H.B. for several minutes.

10. SA Garcia and SA Scott developed a digital photographic lineup based on information from Kayenta Police Officer Kendric Phillips. Officer Phillips explained there was a known individual who matched the description that H.B. and S.W. had provided. Officer Phillips believed Derek Redhouse (REDHOUSE) would be a person of interest. REDHOUSE was put into a photographic lineup and presented to both victims. S.W. and H.B. picked REDHOUSE out of the lineup. S.W. also picked a second person from the lineup. Both victims added that the subject's face was covered during the entire encounter, and they only saw his eyes.

11. Following the interviews, H.B. and S.W. provided information about using "track my iPhone." S.W.'s phone turned on around 2:13 p.m., on March 16, 2023. The phone was located at Kayenta housing PR 25 at that point. The evening of March 16th, the phone was bouncing around the area of PR25, but the phone again returned to PR25, where it remained until the morning of March 17th.

12. SA Garcia and SA Scott arrived at PR25 at approximately 10:00 a.m. the morning of March 17th. SA Garcia and SA Scott contacted Thomas Yazzie and Jason Yazzie at the front door. Jason said ALJUWON and a female named Savanah

5

were also home at the residence. SA Garcia explained why they were there. ALJUWON came out to see what was happening. Agents stated ALJUWON's name after seeing him. ALJUWON then ran out the back door. ALJUWON was pursued on foot and detained by Navajo Nation Police Officers.

13.    SA Garcia explained to Thomas and Jason that the FBI would be getting a warrant for their residence. Agents asked Thomas and Jason if all occupants could leave the residence in preparation for the search warrant. Thomas and Jason agreed. Jason needed a jacket and was escorted for safety purposes to his bedroom.

14.    While being escorted to the room, Jason told Agents that ALJUWON had a new phone, but he didn't know where it came from. Jason also sated he didn't know where that phone was currently located. Jason stated ALJUWON was in and out of the house the other night. ALJUWON and Jason share a bedroom in the back of the home. Jason also showed Agents a Cannon camera that ALJUWON gave to Jason as a gift. In plain view, Agents observed the particular backpack as described by H.B. and S.W. The backpack was located on the floor on the room right in front of the door. Agents backed out of the house with the family and secured the property in preparation for the search warrant. Navajo Nation Criminal Investigators and Police Officers are currently holding the scene.

15.    Agents later reviewed the iPhone tracker and saw that at 12:58 a.m., the day after the alleged assault the phone went back to same skate park.

16. SA Garcia and Scott interviewed ALJUWON on March 17th, at approximately 10:45 a.m. ALJUWON was detained at the time of interview. ALJUWON was read his Miranda Rights verbatim via an FBI FD-395. The interview was audio recorded. ALJUWON agreed to speak with Agents and provided the following information:

17. ALJUWON stated that he experiences a lot of psychedelic events. The night of March 15th, some voices led him to an area near the skate park that he described as a set of bleachers near a baseball field, in an area described as the "boonies." ALJUWON alleged he found an orange bag near a set of bleachers by the baseball field with laptops, a camera, and iPhones. He walked west with the bag.

18. ALJUWON was asked if he met anyone while at the skate park or the area near the skate park. ALJUWON stated he asked some people for something. During further questioning about these people ALJUWON later drew a map of the area near the skate park and drew an image that he described as being faces on the ground. ALJUWON was asked to describe his interaction with the faces on the ground and the people he asked for something from. ALJUWON stated he needed to see them. At some point during this questioning ALJUWON stated he didn't want to go to prison for the rest of his life. Upon further clarification and questioning, ALJUWON recalled seeing orange inside when going to see the faces on the ground but would not further elaborate by what he meant by that. He only added that the

voices led him back to the bleachers. ALJUWON recalled a red hoodie near the orange bag. He left the red hoodie where the bag was found.

19. Agents later went to the location described by ALJUWON as the baseball field and the set of bleachers in the drawing. The location was discovered by agents to be in the same proximity as the skate park and assault. ALJUWON's residence is approximately one mile from this alleged crime scene.

## Things to Be Searched for and Seized

20. Your affiant seeks permission to search for things related to the robbery and sexual assault of H.B. and S.W., including clothing, buccal swabs, and a penis swab of ALJUWON as further described in Attachment B. Based on your affiant's training and experience investigating crimes involving sexual assaults, it is known to your Affiant that Deoxyribonucleic-Acid (DNA) transfer may occur during the act of a sexual assault. The transfer of DNA can occur via the medium of semen, trace contact, and blood. Given the fact pattern described in the affidavit, DNA of the subject and victim may likely be present on the subject's clothing and/or on his person.

21. The things to be searched for and seized are described further in Attachment B.

///

///

## Conclusion

22. Based on the information in this affidavit, your affiant respectfully submits that there is probable cause to support that there is evidence related to a Robbery and Aggravated Sexual Abuse in violation of 18 U.S.C. 1153, 2111, and 2241(a) located on the person and clothing of ALJUWAN as fully described in Attachment A. Therefore, your affiant respectfully requests that a search warrant be issued authorizing the search of the residence listed in **Attachment A** for the things specifically described in **Attachment B**.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

JESSE VARGAS
Digitally signed by JESSE VARGAS
Date: 2023.03.17 19:01:35 -07'00'

Jesse Vargas
Special Agent, FBI

__X__  Sworn by Telephone

Date/Time: _____

____March 17, 2023____
Date

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.03.17 19:48:53 -07'00'

Camille D. Bibles
United States Magistrate Judge

9